1  BRIAN J. STRETCH (CABN 163973)
   Acting United States Attorney
2
   DAVID R. CALLAWAY (CABN 121782)
3  Chief, Criminal Division

4  BRIAN C. LEWIS (DCBN 476851)
   Assistant United States Attorney
5       1301 Clay Street, Suite 340S
        Oakland, California 94612
6       Telephone: (510) 637-3680
        Facsimile:  (510) 637-3724
7       E-Mail: brian.lewis@usdoj.gov

8  Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 4-15-71320 DMR |
| Plaintiff, | **ORDER OF DETENTION** |
| v. | |
| JAVAUGHN JAMAL BAPTISTE, | |
| Defendant. | |

The parties appeared before the Honorable Donna M. Ryu on October 15, 2015, for a detention hearing. The defendant was present and represented by defense counsel John Paul Reichmuth. The government was represented by Assistant United States Attorney Brian Lewis. The government requested detention, submitting that no condition or combination of conditions of release would reasonably assure the appearance of the defendant as required or the safety of the community.

Upon consideration of the parties' proffers, the bail study, and the factors set forth in 18 U.S.C. § 3142(g), the Court finds (i) by a preponderance of the evidence that no condition or combination of conditions of release would reasonably assure the appearance of the defendant as required and (ii) by clear and convincing evidence that no condition or combination of conditions will reasonably assure the safety of any other person or the community. Notably, the defendant has suffered the following recent

DETENTION ORDER
4-15-71320 DMR

1 felony convictions: 2010 for possession of a controlled substance and 2012 for preventing/dissuading a
2 victim/witness and for second degree robbery.  Further, the defendant was on parole at the time he is
3 alleged to have committed the instant offense and previously absconded from parole on two occasions.
4     The Court therefore, orders the defendant detained.  The defendant is committed to the custody
5 of the Attorney General or a designated representative for confinement in a corrections facility.  The
6 defendant must be afforded a reasonable opportunity to consult privately with counsel.  On order of a
7 court of the United States or on request of an attorney for the government, the person in charge of the
8 corrections facility must deliver the defendant to the United States Marshal for a court appearance.
9     IT IS SO ORDERED.

11 DATED:  October 16, 2015

                            DONNA M. RYU
                            United States Magistrate Judge

DETENTION ORDER
4-15-71320 DMR                 2